**Order filed July 29, 2021**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00851-CV

———————

**IN RE S.D, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-69240**

---

## ORDER

On December 22, 2020, Mother filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; see also Tex. R. App. P. 52. In the petition, Mother asks this court to compel the Honorable Sonya Heath, presiding judge of the 310th District Court of Harris County, to vacate her November 23, 2020 temporary orders.

Relator's petition and mandamus record does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 52.3(k)(1), 52.7(a)(1). To be a "certified or sworn copy," in accordance with Rule 52, the document must be certified by the trial court clerk or attached to either a properly prepared affidavit or an unsworn declaration pursuant to section 132.001 of the Civil Practices and

Remedies Code.  *See* Tex. Civ. Prac. & Rem. Code Ann. § 132.001.[1]

By this order, the court gives relator ten days' notice to supplement the first amended petition and mandamus record to comply with Rules 52.3(k)(1) and 52.7(a)(1).  *See generally* Tex. R. App. P. 42.3(c) (notice of involuntary dismissal).

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.

---

[1] The legislature has provided an alternate method of meeting the requirement of sworn copies— an unsworn declaration. *See* Tex. Civ. Prac. & Rem. Code Ann. § 132.001. An unsworn declaration must be in writing and subscribed by the person making the declaration as true under penalty of perjury. *Id.* § 132.001(c).  Section 132.001(d) sets forth the jurat relator may use in an unsworn declaration:

My name is, _____
                  (First)          (Middle)              (Last)

my date of birth is _____, and my address is

_____
        (Street)      (City)       (State)      (Zip Code)

and _____ I declare under penalty of
           (Country)

Perjury that the foregoing is true and correct.

Executed in _____ County, State of _____

on the _____ day of _____,_____
                      (Month)              (Year)

_____
             (Declarant)

*Id.* 132.001(d).